Louis J. SIMONIN, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted October 25, 1887; decided November 29, 1887.)

*B. F. Tracy* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.